IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
PANAMA CITY DIVISION

DAVID BAITY,

    Plaintiff,

v.                                    CASE NO. 5:11cv48-RH/EMT

EDWIN BUSS et al.,

    Defendants.

_____/

## ORDER OF DISMISSAL

This prisoner civil-rights case is before the court on the magistrate judge's report and recommendation, ECF No. 32 and the objections, ECF No. 34. I have reviewed *de novo* the issues raised by the objections.

The report and recommendation concludes that the case should be dismissed based on the four-year statute of limitations. In the objections, the plaintiff seems to acknowledge that more than four years elapsed between the alleged violation of his rights—the denial of access to the courts in 2005 or 2006, at the latest—and the filing of this case in 2011. The plaintiff says he did not know he could file a lawsuit seeking redress for the 2005 or 2006 denial of his rights, and he asserts, in

effect, that the defendants' failure to provide him the tools for finding out was a continuing violation that tolled the statute of limitations. That is not so. The plaintiff knew the facts that gave rise to any claim by 2006 and did not file this case until 2011, after the statute of limitations expired. Accordingly,

IT IS ORDERED:

The report and recommendation is ACCEPTED and adopted as the court's opinion. The clerk must enter judgment stating, "The complaint is dismissed under 28 U.S.C. § 1915(e)(2)(B) based on the statute of limitations." The clerk must close the file.

SO ORDERED on January 15, 2012.

                                      s/Robert L. Hinkle
                                      United States District Judge